UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ricky Lee McDeid,

        Petitioner,

v.

Dean Mooney, Director of the Minnesota Sex Offender Program,

        Respondent.

Civil No. 05-911 (RHK/JGL)

**ORDER**

---

    Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated August 29, 2005; all the files, records and proceedings herein; and no objections having been filed to that Report and Recommendation;

    **IT IS HEREBY ORDERED**:

    1. The Report and Recommendation (Doc. No. 20) is **ADOPTED**;

    2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**, and the case is **DISMISSED.**

Dated: September 23, 2005

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Court