## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Ricky Lee McDeid,                                                   Civil No. 05-911 (RHK/SRN)

      Petitioner,                                                 **ORDER**

     v.

Dean Mooney, Director of the Minnesota Sex
Offender Program,

      Respondent.

---

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated August 29, 2005; all the files, records and proceedings herein; and no Objections[1] having been filed to that Report and Recommendation;

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation (Doc. No. 20) is **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**, and the case is **DISMISSED**; and

3. The Motion to Review the Magistrate Judge's Report and Recommendation (Doc. No. 24) is **DENIED AS MOOT**.

Dated: March 5, 2007

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Court

---

[1] By Order dated October 3, 2005 (Doc. No. 25) Petitioner was directed to serve any Objections to the Report and Recommendation by October 24, 2005; no Objections have been filed.